In the Matter of GEORGE H. NUGENT, Respondent, against MICHAEL J. CRUISE, City Clerk of the City of New York, et al., Appellants.

JAMES J. FITZGERALD et al., Intervenors, Appellants.

*Elections — constitutional law — term of office of Municipal Court justice elected to fill vacancy occurring other than by expiration of term.*

(Argued October 3, 1927; decided October 7, 1927.)

APPEAL from a final order of the Supreme Court, made at New York Special Term and entered September 12, 1927, which granted a motion for a peremptory order of mandamus directing the city clerk of the city of New York to certify to the board of elections of the city of New York that a justice of the Municipal Court of the city of New York to succeed James J. Fitzgerald is to be voted for at the election in 1927, and directing the board of elections to publish a notice that nominations are to be made for such office and to provide appropriate ballots for use at the primary election to said office.

*George P. Nicholson, Corporation Counsel (Joseph P. Reilly* of counsel), for City Clerk et al., appellants.

*William P. Thomas* for intervenors, appellants.

*John B. Johnston* and *Frank P. Oliver* for respondent.

Order reversed and application denied, without costs, on opinion in *Matter of Carey* v. *Cruise* (246 N. Y. 237).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.